# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

v.

ALENA GRIN

# CR 07 0415 SI

E-filing

FILED
07 JUN 28 PM 1:02
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

DEFENDANT.

---

# INDICTMENT

---

A true bill.

_____ Foreman

Filed in open court this _____ day of
6/28/2007

L. Scott
_____ Clerk

Bail, $ No Bail Warrant

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location)**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

Ct 1: 18 USC 1029(a)(3) - possession of unauthorized access devices with intent to defraud; Ct 2: 18 USC 1029(a)(4) - possession of device-making equipment

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
Cts. 1: 10 yrs prison; $250,000 fine; 3 yrs supervised release; $100 mandatory assessment; Ct. 2: 15 yrs prison; $250,000 fine; 3 yrs supervised release; $100 mandatory assessment

### DEFENDANT - U.S.
▶ Alena Grin

**DISTRICT COURT NUMBER**
CR 07 0415 SI

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)
DHS/ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Jeffrey R. Finigan

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: none

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3
4
5   E-filing
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION
11
12  UNITED STATES OF AMERICA,           )  No. CR 07 0415 SI
                                        )
13         Plaintiff,                   )  VIOLATIONS: 18 U.S.C. § 1029(a)(2) –
                                        )  Possession of Unauthorized Access
14     v.                               )  Devices With Intent to Defraud; 18
                                        )  U.S.C. § 1029(a)(4) – Possession of
15                                      )  Device-Making Equipment
    ALENA GRIN,                         )
16                                      )
           Defendant.                   )  SAN FRANCISCO VENUE
17                                      )
                                        )
18
19
20                              I N D I C T M E N T
21  The Grand Jury charges:
22
    COUNT ONE:      [18 U.S.C. § 1029(a)(3) – Possession of Unauthorized Access
23                  Devices With Intent to Defraud]
24     On or about September 7, 2006, in the Northern District of California, and
25  elsewhere, the defendant,
26                              ALENA GRIN,
27  knowingly and with intent to defraud, did possess fifteen (15) or more unauthorized
28  access devices, to wit: magnetic strip cards encoded with account information and other

INDICTMENT

personal information that had been stolen and obtained with intent to defraud, and in so doing affected interstate and foreign commerce; all in violation of Title 18, United States Code, Section 1029(a)(3).

COUNT TWO:   [18 U.S.C. § 1029(a)(4) – Possession of Device-Making Equipment]

On or about September 7, 2006, in the Northern District of California, and elsewhere, the defendant,

ALENA GRIN,

knowingly and with intent to defraud, did have control and custody of and possess device-making equipment, to wit: an MSR206 Manual Swipe Magnetic Card Reader/Writer, and in so doing affected interstate and foreign commerce; all in violation of Title 18, United States Code, Section 1029(a)(4).

DATED: June 28, 2007

A TRUE BILL.

_____
FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

_____
W. DOUGLAS SPRAGUE
Acting Chief, Criminal Division

(Approved as to form: _____ )
          AUSA FINIGAN

INDICTMENT                                    2