# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL PRETRIAL MINUTES

Date: 7/27/07

Case No.   CR-07-0415  SI              Judge:   SUSAN ILLSTON

Title:  UNITED STATES -v- ALENA GRIN (NC)(P)

Attorneys:   Finigan           Cohen

Deputy Clerk: Tracy Sutton  Court Reporter: S. McVickar

### PROCEEDINGS

1)  Trial Setting/status - HELD
2)
3)
Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN     (  ) SUBMITTED
                                              PART

Case continued to  9/7/07@ 11:00 a.m.   for Status/ Trial Setting

Case continued to  @ 11:00 a.m.   for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to  @ 8:30 a.m.  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay: Effective Preparation
**Delay begins:          Delay ends: 9/7/07**
(      AUSA to draft order           )

ORDERED AFTER HEARING:
Counsel needs additional time to review the discovery.


(SPEEDY TRIAL DEADLINE AS OF TODAY: )