1   SCOTT N. SCHOOLS (SC 9990)
    United States Attorney

2

3   W. DOUGLAS SPRAGUE (CASBN 202121)
    Acting Chief, Criminal Division

4   JEFFREY R. FINIGAN (CASBN 168285)
    Assistant United States Attorney

5

6   450 Golden Gate Avenue
    San Francisco, California  94102
7   Telephone: (415) 436-7232
    Facsimile: (415) 436-7234
8   Email: jeffrey.finigan@usdoj.gov

9   Attorneys for Plaintiff

10

11                          UNITED STATES DISTRICT COURT

                          NORTHERN DISTRICT OF CALIFORNIA
12
                               SAN FRANCISCO DIVISION
13

14
    UNITED STATES OF AMERICA,         )      Criminal No. CR 07-0415 SI
15                                     )
            Plaintiff,                 )
16                                     )
                                       )      **STIPULATION AND [PROPOSED]**
17      v.                             )      **ORDER EXCLUDING TIME**
                                       )
18                                     )
    ALENA GRIN,                        )
19                                     )
            Defendant.                 )
20   _____)

21

22          The above-captioned matter came before the Court on July 27, 2007, for status.  The

23   defendant was represented by Joshua Cohen, Esq., and the government was represented by

24   Jeffrey Finigan, Assistant United States Attorney.  The mater was continued to September 7,

25   2007, at 11:00 a.m. in this Court for further proceedings.

26          The Court made a finding that the time from and including July 27, 2007, through

27   September 7, 2007, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A),

28   because the ends of justice served by taking such action outweighed the best interest of the public

    STIPULATION AND [PROPOSED]
    ORDER EXCLUDING TIME
    CR 07-0415 SI

1   and the defendant in a speedy trial.  The finding was based on the need for the defendant to have

2   reasonable time necessary for effective preparation, taking into account the exercise of due

3   diligence, and for continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

4          The parties hereby agree to and request that the case be continued until September 7,

5   2007, and that the exclusion of time until then be granted.  The parties agree and stipulate that the

6   additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A),

7   because the ends of justice served by this continuance outweigh the best interest of the public and

8   the defendant in a speedy trial.  This time exclusion will allow defense counsel to effectively

9   prepare, taking into account the exercise of due diligence, and will provide for continuity of

10  counsel for the defendant.

11

12  DATED:        July 31, 2007                            /s/
                                                   JOSHUA COHEN
13                                                 Counsel for Tammy Thomas

14

15  DATED:        July 30, 2007                            /s/
                                                   JEFFREY FINIGAN
16                                                 Assistant U.S. Attorney

17

18  So ordered.

19  DATED:
                                                   _____
20                                                 SUSAN ILLSTON
                                                   UNITED STATES DISTRICT COURT JUDGE

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 07-0415 SI                          2