SCOTT N. SCHOOLS (SC 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CASBN 202121)
Acting Chief, Criminal Division

JEFFREY R. FINIGAN (CASBN 168285)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California  94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALENA GRIN, ) <br> ) <br> Defendant. ) | Criminal No. CR 07-0415 SI <br><br> **STIPULATION AND [PROPOSED]** <br> **ORDER EXCLUDING TIME** |

The above-captioned matter came before the Court on July 27, 2007, for status. The defendant was represented by Joshua Cohen, Esq., and the government was represented by Jeffrey Finigan, Assistant United States Attorney. The mater was continued to September 7, 2007, at 11:00 a.m. in this Court for further proceedings.

The Court made a finding that the time from and including July 27, 2007, through September 7, 2007, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), because the ends of justice served by taking such action outweighed the best interest of the public

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 07-0415 SI

and the defendant in a speedy trial. The finding was based on the need for the defendant to have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and for continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

The parties hereby agree to and request that the case be continued until September 7, 2007, and that the exclusion of time until then be granted. The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. This time exclusion will allow defense counsel to effectively prepare, taking into account the exercise of due diligence, and will provide for continuity of counsel for the defendant.

DATED:    July 31, 2007

/s/
JOSHUA COHEN
Counsel for Tammy Thomas

DATED:    July 30, 2007

/s/
JEFFREY FINIGAN
Assistant U.S. Attorney

So ordered.

DATED:    August 1, 2007

SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Susan Illston

STIPULATION AND [~~PROPOSED~~]
ORDER EXCLUDING TIME
CR 07-0415 SI                2