SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Acting Chief, Criminal Division

JEFFREY R. FINIGAN (CASBN 168285)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California  94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                         )<br>          Plaintiff,                              )<br>                                                         )<br>     v.                                              )<br>                                                         )<br>                                                         )<br>ALENA GRIN,                              )<br>                                                         )<br>          Defendant.                         )<br>_____) | Criminal No. CR 07-0415 SI<br><br>**STIPULATION AND [PROPOSED]<br>ORDER CONTINUING HEARING** |

    The above-captioned matter is set before the Court for status on September 7, 2007.  The defendant is represented by Joshua Cohen, Esq., and Jodi Linker, Esq., and the government is represented by Jeffrey Finigan, Assistant United States Attorney.  The parties have reached a tentative plea agreement and defense counsel intends to review the agreement with the defendant on Friday, September 7, 2007.  The parties anticipate that the defendant will change her plea pursuant to the agreement at the next hearing after September 7, 2007.  Thus, the parties stipulate and respectfully request that the Court continue the current status conference one week to

STIPULATION AND [PROPOSED]
ORDER CONTINUING HEARING
CR 07-0415 SI

September 14, 2007, at 11:00 a.m. before this Court for change of plea.  The parties will submit the plea agreement to the Court in advance of the September 14th appearance.

The parties also hereby agree to and request that the case be continued until September 14, 2007, and that an exclusion of time until then be granted.  The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.  This time exclusion will allow defense counsel to effectively prepare, taking into account the exercise of due diligence, and will provide for continuity of counsel for the defendant.

DATED: September 4, 2007        /s/
JOSHUA COHEN
Counsel for Alena Grin

DATED: September 4, 2007        /s/
JEFFREY R. FINIGAN
Assistant U.S. Attorney

So ordered.

DATED:

SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE