1   BARRY J. PORTMAN
    Federal Public Defender
2   JODI LINKER
    Assistant Federal Public Defender
3   19th Floor Federal Building – Box 36106
    450 Golden Gate Avenue
4   San Francisco, CA 94102
    Telephone: (415) 436-7700
5
    Counsel for Defendant Grin
6

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )    No. CR-07-00415-SI
                                       )
12              Plaintiff,             )    **NOTICE OF CHANGE OF COUNSEL**
                                       )
13  v.                                 )
                                       )
14  ALENA GRIN,                        )
                                       )
15              Defendant.             )
    _____)
16

17          The Federal Public Defender's Office hereby files this Notice of Change of Counsel to

18  advise the court that the assigned Assistant Federal Public Defender ("AFPD") for this case is

19  Jodi Linker.  AFPD Josh Alan Cohen should be removed from the list of persons to be noticed.

20

21  Dated: September 17, 2007
                                    Respectfully submitted,
22
                                    BARRY J. PORTMAN
23                                  Federal Public Defender

24                                        /S/

25                                  JODI LINKER
                                    Assistant Federal Public Defender
26

NOTICE OF CHANGE OF COUNSEL
U.S. v. Grin, No. CR 07-00415-SI              1