BARRY J. PORTMAN
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant GRIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-0415 SI |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER RE: TRAVEL |
| v. ) | |
| ) | |
| ALENA GRIN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The defendant in the above-captioned case is under pretrial supervision pending her sentencing hearing, now scheduled for January 15, 2007. Through counsel, Ms. Grin petitions this Court for permission to travel to Las Vegas, Nevada for the Christmas holiday. Neither the government nor the Pretrial Services Office has an objection to this request.

Therefore, for good cause shown, the defendant's terms of pretrial release are modified as follows:

///

///

///

///

Stip. & [Proposed] Order Re: Travel            1

1  Ms. Grin shall be permitted to travel to Las Vegas, Nevada, from December 23, 2007
2  through December 26, 2007, after she has first informed her Probation Officer of the itinerary for
3  her travel and a contact number where she can be reached during such travel.
4      IT IS SO STIPULATED.
5
6  November 28, 2007                 /S/
   DATED                                            JEFFREY FINIGAN
7                                                        Assistant United States Attorney
8
9  November 28, 2007                 /S/
   DATED                                            JODI LINKER
10                                                       Assistant Federal Public Defender
11
12     IT IS SO ORDERED.
13
14 _____
   DATED                                                       SUSAN ILLSTON
15                                                       United States District Judge

16
17
18
19
20
21
22
23
24
25
26

Stip. & [Proposed] Order Re: Travel           2