1  BARRY J. PORTMAN
   Federal Public Defender
2  JODI LINKER
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant GRIN
6

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           )   No. CR-07-0415 SI
                                         )
12 |         Plaintiff,                  )   STIPULATION AND [PROPOSED]
                                         )   ORDER RE: TRAVEL
13 | v.                                  )
                                         )
14 | ALENA GRIN,                         )
                                         )
15 |         Defendant.                  )
   |_____)
16

17      The defendant in the above-captioned case is under pretrial supervision pending her

18 sentencing hearing, now scheduled for January 15, 2007.  Through counsel, Ms. Grin petitions

19 this Court for permission to travel to Las Vegas, Nevada for the Christmas holiday.  Neither the

20 government nor the Pretrial Services Office has an objection to this request.

21      Therefore, for good cause shown, the defendant's terms of pretrial release are modified as

22 follows:

23 ///

24 ///

25 ///

26 ///

Stip. & [Proposed] Order Re: Travel           1

1     Ms. Grin shall be permitted to travel to Las Vegas, Nevada, from December 23, 2007

2 through December 26, 2007, after she has first informed her Probation Officer of the itinerary for

3 her travel and a contact number where she can be reached during such travel.

4     IT IS SO STIPULATED.

6 November 28, 2007                       /S/
   DATED                                   JEFFREY FINIGAN
7                                           Assistant United States Attorney

9 November 28, 2007                       /S/
   DATED                                   JODI LINKER
10                                           Assistant Federal Public Defender

12     IT IS SO ORDERED.

14 _____
   DATED                                   SUSAN ILLSTON
15                                           United States District Judge