BARRY J. PORTMAN
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant GRIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALENA GRIN, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR-07-0415 SI <br><br> STIPULATION AND [PROPOSED] ORDER RE: TRAVEL |

The defendant in the above-captioned case is under pretrial supervision pending her surrender to the Bureau of Prisons, now scheduled for September 8, 2008. Through counsel, Ms. Grin petitions this Court for permission to travel to Las Vegas, Nevada from July 5 to July 10, 2008. Neither the government nor the Pretrial Services Office has an objection to this request.

Therefore, for good cause shown, the defendant's terms of release are modified as follows:

///

///

///

///

Stip. & [Proposed] Order Re: Travel          1

1   Ms. Grin shall be permitted to travel to Las Vegas, Nevada, from July 5 through July 10
2   2008, after she has first informed her Probation Officer of the itinerary for her travel and a
3   contact number where she can be reached during such travel.
4   IT IS SO STIPULATED.

6   June 24, 2008                           /s/
    DATED                                   JEFFREY FINIGAN
7                                           Assistant United States Attorney

9   June 24, 2008                           /s/
    DATED                                   JODI LINKER
10                                          Assistant Federal Public Defender

12  IT IS SO ORDERED.

14  _____                          _____
    DATED                                   SUSAN ILLSTON
                                            United States District Judge