1  BARRY J. PORTMAN
   Federal Public Defender
2  JODI LINKER
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant GRIN
6

7

8                IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )    No. CR-07-0415 SI
                                       )
12               Plaintiff,            )    STIPULATION AND [PROPOSED]
                                       )    ORDER RE: TRAVEL
13  v.                                 )
                                       )
14  ALENA GRIN,                        )
                                       )
15               Defendant.            )
    _____)
16

17        The defendant in the above-captioned case is under pretrial supervision pending her

18  surrender to the Bureau of Prisons, now scheduled for September 8, 2008.  Through counsel, Ms.

19  Grin petitions this Court for permission to travel to Las Vegas, Nevada from July 5 to July 10,

20  2008.  Neither the government nor the Pretrial Services Office has an objection to this request.

21        Therefore, for good cause shown, the defendant's terms of release are modified as

22  follows:

23  ///

24  ///

25  ///

26  ///

    Stip. & [Proposed] Order Re: Travel              1

1       Ms. Grin shall be permitted to travel to Las Vegas, Nevada, from July 5 through July 10

2   2008, after she has first informed her Probation Officer of the itinerary for her travel and a

3   contact number where she can be reached during such travel.

4       IT IS SO STIPULATED.

5

6   June 24, 2008 _____           _____/s/_____
    DATED                             JEFFREY FINIGAN

7                                         Assistant United States Attorney

8

9   June 24, 2008 _____           _____/s/_____
    DATED                             JODI LINKER

10                                        Assistant Federal Public Defender

11

12       IT IS SO ORDERED.

13

14   _____                                      _____
    DATED                           SUSAN ILLSTON
                                  United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26