1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  JEFFREY R. FINIGAN (CASBN 168285)
   Assistant United States Attorney
5

6     450 Golden Gate Avenue
      San Francisco, California  94102
7     Telephone: (415) 436-7232
      Facsimile: (415) 436-7234
8     Email: jeffrey.finigan@usdoj.gov

9  Attorneys for Plaintiff

10
                      UNITED STATES DISTRICT COURT
11
                     NORTHERN DISTRICT OF CALIFORNIA
12
                          SAN FRANCISCO DIVISION
13

14
   UNITED STATES OF AMERICA,        )   Criminal No. CR 07-0415 SI
15                                   )
         Plaintiff,                  )
16                                   )   [PROPOSED] ORDER FOR ISSUE OF
                                     )   ARREST WARRANT
17     v.                            )
                                     )
18                                   )
   ALENA GRIN,                       )
19                                   )
         Defendant.                  )
20 _____    )

21

22       On February 22, 2008, the Court sentenced the defendant, Alena Grin, to, among

23 other conditions, 24 months in the Bureau of Prisons ("BOP").  The defendant was

24 ordered to surrender to the designated BOP facility or U.S. Marshal by May 30, 2008.  On

25 May 16, 2008, the Court ordered an extension of the defendant's surrender date until

26 September 8, 2008.

27       As of September 18, 2008, the defendant has not surrendered to the BOP or U.S.

28 Marshal and her whereabouts are unknown. Accordingly, the government respectfully


[PROPOSED] ORDER RE ARREST WARRANT
CR 07-0415 SI

requests that the Court issue a no bail arrest warrant for the defendant on the basis that the defendant has failed to comply with the Court's order regarding her surrender date.

DATED:  September 18, 2008            Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
JEFFREY R. FINIGAN
Assistant United States Attorney

## ORDER

For the reasons stated by the government herein, it is hereby ORDERED that the Clerk of the Court shall issue a no bail arrest warrant for the defendant, Alena Grin.

DATED:                                _____
SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE