1 | JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

2

3 | BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

4 | JEFFREY R. FINIGAN (CASBN 168285)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue
San Francisco, California 94102
7 | Telephone: (415) 436-7232
Facsimile: (415) 436-7234
8 | Email: jeffrey.finigan@usdoj.gov

9 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Criminal No. CR 07-0415 SI |
|---|---|---|
| Plaintiff, | ) | UNITED STATES' REQUEST FOR ORDER IDENTIFYING COURT REPORTER AND FOR TRANSCRIPT AND [PROPOSED] ORDER |
| v. | ) | |
| ALENA GRIN, | ) | |
| Defendant. | ) | |

The government hereby moves the Court for an order identifying the court reporter who transcribed the sentencing proceedings in this matter on February 22, 2008, and for an order allowing the court reporter to provide a transcript of those proceedings to the government. Since the proceedings were conducted under seal, the Court's clerk has advised undersigned counsel

///

///

///

U.S. Request For Order Re Transcript
CR 07-0415 SI

1  that this request must be filed.
2
3  DATED: March 27, 2009                Respectfully submitted,
4                                       JOSEPH P. RUSSONIELLO
                                        United States Attorney
5
6  _____/s/_____
   JEFFREY R. FINIGAN
7  Assistant United States Attorney
8
9                                    **ORDER**

10      Based upon the motion of the government and for good cause shown, IT IS HEREBY
11 ORDERED that the clerk shall provide the government with the name of the court reporter who
12 transcribed the sentencing proceedings in this matter on February 22, 2008. IT IS HEREBY
13 FURTHER ORDERED that the court reporter who transcribed the sentencing proceedings in this
14 matter on February 22, 2008, is authorized to provide a transcript of those proceedings to the
15 government.
16
17
18 DATED: _____        _____
                                   SUSAN ILLSTON
19                                 United States District Court Judge
20
21
22
23
24
25
26
27
28

U.S. Request For Order Re Transcript
CR 07-0415 SI                              2