JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

JEFFREY R. FINIGAN (CASBN 168285)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ALENA GRIN, ) <br> ) <br> Defendant. ) <br> ) | Criminal No. CR 07-0415 SI <br><br> UNITED STATES' REQUEST FOR COPY OF ORDER AND [PROPOSED] ORDER |

On February 22, 2008, the Court sentenced the defendant, Alena Grin, to, among other conditions, 24 months in the Bureau of Prisons ("BOP"). The defendant was ordered to surrender to the designated BOP facility or U.S. Marshal by May 30, 2008. On May 16, 2008, the Court ordered an extension of the defendant's surrender date until September 8, 2008. The government hereby moves the Court for an order allowing the clerk's office to provide a copy of it's Order dated May 16, 2008 extending the defendant's surrender date to September 8, 2008. The Order is under seal, which is why the government is submitting

U.S. Request For Copy Of Order
CR 07-0415 SI

this request.

DATED: March 27, 2009                          Respectfully submitted,

                                                JOSEPH P. RUSSONIELLO
                                               United States Attorney

                                               _____/s/_____
                                               JEFFREY R. FINIGAN
                                               Assistant United States Attorney

### ORDER

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the clerk shall provide the government with a copy of it's Order dated May 16, 2008 extending the defendant's surrender date to September 8, 2008.

DATED: _____            _____
                                            SUSAN ILLSTON
                                            United States District Court Judge